# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| GRACIELA CARDENAS CRUZ | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-748-Y |
| | § | |
| FIESTA MART LLC, et al. | § | |

### PLAINTIFF'S FIRST AMENDED COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Graciela Cardenas Cruz, Plaintiff herein, and file this *Plaintiff's First Amended Complaint* against Fiesta Mart LLC, and Chedraui USA, Inc. Defendants herein, and in support thereof, show the Court the following:

### PARTIES

1. Plaintiff, Graciela Cardenas Cruz ("Plaintiff"), is a citizen of Texas.

2. Defendant Chedraui USA, Inc ("Chedraui") is a foreign corporation doing business in the State of Texas and has made an appearance in this case.

3. Defendant Fiesta Mart LLC, Inc. ("Fiesta Mart") is a domestic corporation incorporated in the State of Texas and conducts business in Texas and maintains a regular place of business in Texas. Defendant Fiesta Mart has made an appearance in this case.

### FACTS

1. On May 18, 2022, Plaintiff was shopping at the Fiesta Mart at 421 West Bolt Street in Fort Worth, Texas.

2. Defendants maintained walkways or aisles throughout the store for customers to shop for groceries.

3. On May 18, 2022, within the walkway of a cashier aisle Plaintiff occupied, Plaintiff

slipped and fell on a discarded banana peel and spilled beans on the floor.

4. Defendants were or should have been aware of the dangerous condition through proper store surveillance and monitoring.

5. Defendants failed to warn of the dangerous condition through any type of warning signs.

6. Plaintiff suffered significant damages as a result of the fall and impact.

7. Plaintiff alleges that Defendants' negligence was the proximate cause of Plaintiff's damages.

## CAUSE OF ACTION - PREMISES LIABILITY

8. Defendants owned and/or controlled the premises and/or managed and operated the store where Plaintiff was injured. Plaintiff would show that at the time of the occurrence in question, one or more conditions existed on the premises that posed an unreasonable risk of harm. The placement of roping and large objects on the ground in a high traffic area was an unreasonably dangerous condition. These unreasonably dangerous conditions caused Plaintiff to suffer serious injuries. Defendants failed to reduce or eliminate this unreasonably dangerous condition, or warn Plaintiff about the condition. Specifically, Defendants failed in their duty to make the condition safe because:

    - there was no warning of the unreasonably dangerous condition;
    - there was no attempt to clear the area before your customer walked through or entered and attempted to leave the area in question; and
    - policies, procedures and employee training regarding inspection and cleanup were not enforced and were violated.

9. Defendants knew, or in the exercise of reasonable diligence, should have known of the dangerous conditions before the accident. Plaintiff had no awareness of the unreasonably

dangerous conditions, which were not open and obvious to Plaintiff. Defendants failed to exercise ordinary care to make the condition reasonably safe or to adequately warn Plaintiff of the unreasonably dangerous conditions. The Defendants' failure to exercise ordinary care proximately caused Plaintiff to suffer injuries and damages.

## CAUSE OF ACTION - NEGLIGENCE

10. The occurrence made the basis of this suit, described in the paragraphs above, and the resulting injuries and damages were proximately caused by the negligent conduct of the Defendants in one or more of the following respects:

    - In failing to provide any warning of the unreasonably dangerous condition;
    - In failing to clear the area before the customers walked through or entered; and
    - In failing to provide proper policies, procedures and employee training regarding inspection and cleanup.

11. Each of these acts and omissions, singularly or in combination with others, constituted negligence which proximately caused the occurrence that made the basis of this action and Plaintiff's injuries and damages.

## DAMAGES OF PLAINTIFF BEVERLY PIZZURRO

16. Plaintiff would show that as a result of the negligence, negligence per se and/or gross negligence of the Defendants, she sustained severe and permanent injuries.

17. Plaintiff incurred injuries and damages in an amount in excess of the court's minimum jurisdictional limit.

**18.** Plaintiff would further show that as a proximate result of the negligence of the Defendants, she is entitled to recovery for damages including but not limited to:

   a. past and future reasonable and necessary medical expenses;

   b. past and future pain, suffering and mental anguish;

   c. past and future impairment due to his debilitating injuries;

   d. damage to the vehicle and the diminished value thereof.

## JURY DEMAND

4.   Plaintiffs respectfully assert the right to a trial by jury on all triable facts.

## PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendants be cited and required to appear and answer, and that this case be tried, after which, Plaintiff recovers:

   a. Judgment against Defendants for a sum within the jurisdictional limits of this Court for the damages indicated above;

   b. Plaintiff respectively requests a jury determine the amount of Plaintiff's damages, including exemplary damages;

   c. Pre-judgment and post-judgment interest at the maximum amount allowed by law on all elements of applicable damages claimed herein;

   d. Costs and fees of suit; and

   e. Such other and further relief, both general and specific, at law or in equity, to which Plaintiff is entitled.

Respectfully submitted,

**RAFI|DEBOSE, PLLC**

*/s/ Ayesha Rafi*

Ayesha Rafi
State Bar Number 24060455
arafi@rafidebose.com
Kyle DeBose
State Bar Number 24084302
kdebose@rafidebose.com
8330 LBJ Freeway, Suite 820
Dallas, Texas 75243
Telephone: (214) 224-0064
Facsimile: (214) 224-0064

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon the following *via ECF* pursuant to the Federal Rules of Civil Procedure on August 28, 2023:

Tim Stanford
Downs and Stanford, P.C.
2001 BRYAN STREET, SUITE 4000
Dallas, Texas 75201
(214) 748-7900
(214) 748-4530 (Fax)
**ATTORNEYS FOR DEFENDATS**

*/s/ Ayesha Rafi*
Counsel for Plaintiff