IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| GRACIELA CARDENAS CRUZ § | |
| § | |
| VS. § | ACTION NO. 4:23-CV-748-Y |
| § | |
| FIESTA MART LLC, et al. § | |

## FINAL JUDGMENT

This judgment is issued as required by Federal Rule of Civil Procedure 58. In accordance with the parties' joint stipulation of dismissal (doc. 22), this case is **DISMISSED with prejudice**. Each party shall bear its own respective attorney's fees and costs.

The clerk shall transmit a true copy of this judgment to the parties.

SIGNED April 23, 2024.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE